JONATHAN WOODRUFF *against* GABRIEL SMITH.

· ON CERTIORARI.

In an action of trover for a promissory note, the maker of the note is a good witness for the defendant.

This was an action of trover, brought by Smith, the plaintiff below, against Woodruff, for a note of hand. The defendant below offered Quinby, the drawer of the note, as a witness. To the admission of his testimony, the plaintiff below objected, and the justice sustained the objection.

The Attorney General now moved to reverse the judgment rendered in favor of the plaintiff below, upon the ground that Quinby's evidence ought to have been admitted. He had no interest in the event of the suit, and let who would recover, his liability would remain the same.

*Per Curiam.* Let the judgment be reversed.